FILED'06 NOV 02 10:05USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LYNN M. WHITNEY,           )
                           )
              Plaintiff,   )
                           )    Civil No. 06-200-JE
      v.                   )
                           )    O R D E R
JO ANNE B. BARNHART,       )
Commissioner of Social Security, )
                           )
              Defendant.   )
                           )

Lynn M. Whitney
130 S.W. Canyon Drive, #3
Redmond, Oregon 97756

    Pro Se Plaintiff

Michael McGaughran
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

Page 1 - ORDER

Neil J. Evans
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

    Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on October 10, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderk's Findings and Recommendation (#9).

IT IS HEREBY ORDERED that the findings of the Commissioner are based on substantial evidence in the record and the correct legal standards. The court AFFIRMS the decision of the Commissioner.

DATED this 1st day of November, 2006.

                                                _____
                                                   GARR M. KING
                                                   United States District Judge